RYAN G. WELDON
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front, Suite 401
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Ryan.Weldon@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
JUN 26 2024
Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DWARNE LAMONT HAWKINS, Defendant. | CR 24-35-M-DWM  INDICTMENT  THEFT FROM AN ORGANIZATION RECEIVING FEDERAL FUNDING (Count 1) Title 18 U.S.C. § 666(a)(1)(A) (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)  WIRE FRAUD (Counts 2-6) Title 18 U.S.C. § 1343 (Penalty: 20 years of imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

At all times relevant to the indictment:

1

1.     The Whitefish Housing Authority was founded with the purpose of providing safe, decent, and affordable housing options for low and moderate income families in the Whitefish community. The defendant, DWARNE LAMONT HAWKINS, was an agent of the Whitefish Housing Authority while working as the Executive Director.

2.     The Whitefish Housing Authority is an organization that receives, in every one-year period of the indictment, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

3.     While working as the Executive Director, HAWKINS embezzled money by, in whole and in part, diverting and inflating payroll, paying personal expenses with the Whitefish Housing Authority credit card, and creating and paying fraudulent invoices to businesses over which he had control.

## COUNT 1
## THEFT FROM A PROGRAM
## RECEIVING FEDERAL FUNDING

That beginning in or about May 2023, and continuing thereafter until in or about January 2024, at Whitefish, in Flathead County, in the State and District of Montana, and elsewhere, the defendant, DWARNE LAMONT HAWKINS, an agent of an organization, that is, the Executive Director for the Whitefish Housing Authority, intentionally misapplied, embezzled, stole, obtained by fraud, and

otherwise without authority knowingly converted to the use of any person other than the rightful owner, property valued at more than $5,000 that was owned by, and was under the care, custody, and control of Whitefish Housing Authority, that is, the defendant, DWARNE LAMONT HAWKINS, fraudulently diverted and inflated payroll, made unauthorized credit card purchases with the Whitefish Housing Authority credit card for personal expenses, and created fraudulent invoices directing payment to companies over which HAWKINS had control, none of which was authorized, all in violation of 18 U.S.C. § 666(a)(1)(A).

## COUNTS 2-6
## WIRE FRAUD

That beginning in or about May 2023, and continuing thereafter until in or about January 2024, at Whitefish, in Flathead County, in the State and District of Montana, and elsewhere, the defendant, DWARNE LAMONT HAWKINS, having devised and intending to devise a material scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing such scheme and artifice, knowingly transmitted and caused to be transmitted by means of wire communication, in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice.

## THE SCHEME

During the period of the indictment, it was part of the material scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, that the defendant, DWARNE LAMONT HAWKINS, fraudulently diverted and inflated payroll, made unauthorized credit card purchases with the Whitefish Housing Authority credit card for personal expenses, and created fraudulent invoices directing payment to companies over which HAWKINS had control, none of which was authorized,

## THE INTERSTATE AND FOREIGN WIRE COMMUNICATIONS

During the period of the indictment, DWARNE LAMONT HAWKINS, having devised and intending to devise a material scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, as described herein, and for the purpose of executing the scheme to defraud, knowingly transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce, as outlined in the chart below, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, that is, checks, wires, and

electronic transmissions from the State and District of Montana to Green Bay, Wisconsin, and elsewhere, all in violation of 18 U.S.C. § 1343:

| Count | Date | Account Number Deposited | Amount |
|---|---|---|---|
| 2 | August 23, 2023 | 4013, 0010, 5050 | $1,920.00 |
| 3 | September 6, 2023 | 4013, 0010, 5050 | $2,284.61 |
| 4 | November 1, 2023 | 9146 and 0010 | $2,141.82 |
| 5 | January 16, 2024 | 1050 | $76,750.00 |
| 6 | January 22, 2024 | 1050 | $23,250.00 |

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.
FOREPERSON

_Timothy J. Racus_ (for)
JESSE A. LASLOVICH
United States Attorney

_Cyndee L. Peterson_
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney