IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DWARNE LAMONT HAWKINS,<br><br>Defendant. | CR 24-35-M-DWM<br><br><br>ORDER |

Defendant Dwarne Lamont Hawkins having filed an Unopposed Motion to File Excess Support Letter,

The motion (Doc. 26) is GRANTED. The defendant is permitted to submit eleven (11) letters of support.

DATED this 24th day of January, 2025.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT